**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
LUIS ALBERTO RIVAS FRANCO, *individually and*
*On behalf of others similarly situated,*                             19-cv-04009 (GBD)

                               Plaintiff,                          Collective Action Under
                                                         29 U.S.C. §216(b)

   -against-

P & S SELECT FOODS INC. (d/b/a P & S SELECT            ECF Case
FOODS INC.), RAY MILLAN, GARY LANGSAM,
ANTHONY MILLAN and RAY MILLAN JR.,                    **NOTICE OF APPEARANCE**

                             Defendants.
------------------------------------------------------------------------X

     PLEASE TAKE NOTICE, that Lisa B. Lia, a member of this Court in good standing, appears on behalf of defendants P & S SELECT FOODS INC. (d/b/a P & S SELECT FOODS INC.), RAY MILLAN, GARY LANGSAM, ANTHONY MILLAN and RAY MILLAN JR.

Dated: Bronx, New York
       June 26, 2019

                                           LAW OFFICES OF EDMOND J. PRYOR

                                           _____
                                         By: Lisa B. Lia, Esq.
                                         Of Counsel
                                         *Attorney for Defendants*
                                         292 City Island Avenue
                                         Bronx, New York 10461
                                         Lia@PryorLaw.com