**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------------X

LUIS ALBERTO RIVAS FRANCO,

               Plaintiff,

     -against-

P & S SELECT FOODS INC. (d/b/a "P & S SELECT
FOODS INC."), RAY MILLAN, GARY LANGSAM,
ANTHONY MILLAN and RAY MILLAN JR.,

               Defendants.
-----------------------------------------------------------------------------X

ECF CASE

**19-CV-04009**

NOTICE OF
WITHDRAWAL
OF LISA B. LIA

**SO ORDERED:**

*George B. Daniel*

**George B. Daniels, U.S.D.J.**

**Dated:** AUG 1 4 2019

TO:    The Clerk of the Court and to
        All Parties and Counsel Of Record

     PLEASE TAKE NOTICE THAT Lisa B. Lia is no longer associated with the Law
Offices of Edmond J. Pryor and should be removed from the Court's service list with respect to
this action.  The Law Offices of Edmond J. Pryor continues to serve as counsel for P&S Select
Foods Inc., Ray Millan, Gary Langsam, Anthony Millan and Ray Millan Jr. through its attorneys
listed below, and all future correspondence and papers in this action should continue to be
directed to them.

Dated: August 13, 2019

               Law Offices of Edmond J. Pryor

               Edmond J. Pryor
               John L. Parker
               *Attorneys for Defendants*
               292 City Island Avenue
               Bronx, New York 10464
               (718) 829- 0222