# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

March 18, 2020



The conference is adjourned from March 19, 2020 to May 21, 2020 at 9:30 am.

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: MAR 19 2020

**BY ECF**  
**Hon. George B. Daniels**  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

    Re:    Rivas Franco et al. v. P&S Select Foods Inc., et al.,  
           19-cv-4009 (GBD)

Dear Judge Daniels:

We represent Plaintiff Luis Alberto Rivas Franco in the above-referenced matter. We write jointly pursuant to the Court's oral direction through chambers to request that the conference scheduled for March 19, 2020 be adjourned to May 21, 2020.

We also advise the Court that we have a mediation session scheduled for April 24, 2020.

We thank the Court for its attention to this matter.

                          Respectfully Submitted,

                          /s/Joshua S. Androphy  
                          Joshua S. Androphy