UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
LUIS ALBERTO RIVAS FRANCO, *individually
and on behalf of others similarly situated*,

                      Plaintiff,

      -against-

P&S SELECT FOODS INC. *d/b/a* P&S SELECT
FOODS INC.; RAY MILLAN; GARY
LANGSAM; ANTHONY MILLAN; RAY
MILLAN JR.,

                      Defendants.
------------------------------------- x

ORDER

19 Civ. 4009 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 1 7 2020

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

    All conferences previously scheduled are adjourned *sine die*.

Dated: August 17, 2020
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge